AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ULYSSES GISSENDANNER

**SUMMONS IN A CIVIL CASE**

V.

GEICO INSURANCE COMPANY

CASE NUMBER: 07 C 7105

ASSIGNED JUDGE: GETTLEMAN

DESIGNATED
MAGISTRATE JUDGE: KEYS

**RECEIVED**
STATE OF ILLINOIS
APR - 7 2008
1:00 57
DEPT. OF INSURANCE
CHICAGO, ILLINOIS

TO: (Name and address of Defendant)

Geico Insurance Co./Geico Direct
One Geico Plaza
Washington, D.C. 20076-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Deanne S. Medina
DoranMedina, LLC
2625 Butterfield Road
Suite 138S
Chicago, IL 60523

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAR 13 2008

DATE