

# Illinois Department of Financial and Professional Regulation
## Division of Insurance

ROD R. BLAGOJEVICH
Governor

DEAN MARTINEZ
Secretary

MICHAEL T. McRAITH
Director
Division of Insurance

In response to your recent request, please be advised that the Director of Insurance is appointed as agent for Service of Process by all foreign and alien insurance companies authorized to do business in the State of Illinois as well as by all domestic reciprocals and fraternal benefit societies. Service upon the Director as agent can be had through any proper means by delivering duplicate copies of all process accompanied by a $20 fee payable to the Director of Insurance.

The Director of Insurance is not authorized to accept Service of Process for other domestic insurance companies nor for insurance producers licensed to do business in the State of Illinois.

The attached documents are being returned to you for the reasons checked below:

\_\_\_\_  Service is being attempted upon a domestic insurer for which the Director was not appointed as agent for service of process.

\_\_\_\_  Service is being attempted upon an insurance producer or other entity for whom the Director is not appointed as agent for service of process.

\_\_\_\_  Duplicate copies of all process were not provided.

\_\_\_\_  A statutory $20 fee did not accompany the process.

✓  There is no record of company by this name.

\_\_\_\_  Service is being attempted upon a "group". Please indicate specific company.

If a response is necessary, please send to address shown below to the attention of _____

Must be Government Employees Insurance Company
GEICO Casualty Co, GEICO General Ins Co or GEICO Indemnity Co.

320 W. Washington
Springfield, Illinois 62767-0001
www.idfpr.com