IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ULYSSES GISSENDANNER,<br>                            Plaintiff,<br>v.<br>GEICO INSURANCE COMPANY,<br>                            Defendant. | Case No. 07 C 7105<br><br>JUDGE GETTLEMAN<br><br>MAGISTRATE JUDGE KEYS |

**Notice of Motion**

Please take notice that on Wednesday, April 23, 2008, at 9:15 a.m. I shall appear before the Honorable Judge Gettleman in the courtroom usually occupied by him and then and there present Plaintiff's Motion for Extension of Time to Serve Summons and Complaint.

                                                        Respectfully submitted,
                                                        s/Deanne S. Medina

Deanne S. Medina
Atty No. 6273485
DoranMedina, LLC
2625 Butterfield Road
Suite 138S
Oak Brook, IL 60325
(630)368-0200 (p)
(630)368-0202 (f)
dmedina@doranmedina.com