**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **ULYSSES GISSENDANNER** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No: 07 CV 07105 |
| | ) | |
| **GEICO INSURANCE CO.** | ) | Judge Gettleman |
| | ) | |
| | ) | Magistrate Judge Keys |
| Defendant. | ) | |

## AGREED MOTION TO EXTEND TIME TO ANSWER

NOW COMES the defendant, GEICO INSURANCE CO., by and through its attorneys, Martin P. Greene, Kevin T. Lee, Riana N. Shipps, and James Singleton of the law firm of GREENE AND LETTS, and moves this Honorable Court for the entry of an order extending the time for defendant to answer.

1. Plaintiff's complaint was filed on December 18, 2008.

2. On April 23, 2008, the Court entered an order granting plaintiff's motion for extension of time to serve summons and complaint to June 22, 2008.

3. Defendant, GEICO INSURANCE CO. received plaintiff's complaint and summons on or about April 29, 2008.

4. Attorneys from the law firm of Greene and Letts filed their appearance on behalf of defendant GEICO INSURANCE CO. on May 15, 2008.

5. Defendant's counsel is requesting time to confer with their client regarding the factual allegations of the complaint. Therefore, defendant seeks an additional 28 days to answer or otherwise plead to the complaint, up to and including June 16, 2008.

6. Defense counsel has conferred with the plaintiff's counsel, who is in

agreement with this motion.

7.     This motion is made in the interest of justice and not for purposes of delay and will not prejudice any party.

WHEREFORE, defendant, GEICO INSURANCE CO., by and through its attorneys, moves this Honorable Court for entry of an order extending the time to answer or otherwise plead in this matter to and including June 16, 2006.

>Respectfully submitted,
>
>GEICO INSURANCE CO.
>
>
>By: */s/ Martin P. Greene*
>     Martin P. Greene

Martin P. Greene
Kevin T. Lee
James Singleton
Riana N. Shipps
GREENE AND LETTS
Attorneys for defendant
111 W. Washington Street
Suite 1650
Chicago, Illinois 60602
312/346-1100
X:\GEICO INSURANCE COMPANY\GISSENDANNER 0144-00001\Pleadings\05 15 08-Motion for extension of time to file answer.wpd