IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **ULYSSES GISSENDANNER** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No: 07 CV 07105 |
| | ) | |
| **GEICO INSURANCE CO** | ) | Judge Gettleman |
| | ) | |
| | ) | Magistrate Judge Keys |
| Defendant. | | |

## NOTICE OF MOTION

**TO:** Deanne Snedeker Medina
DornaMedina, LLC
2625 Butterfield Road, Suite 138S
Oak Brook, IL. 60523

PLEASE TAKE NOTICE that on **Thursday June 19, 2008** at **9:15 a.m.** or as soon thereafter as counsel may be heard, the undersigned shall appear before the **Honorable Judge Robert W. Gettleman** or any Judge sitting in his stead, in Room 1703, 219 South Dearborn, Chicago, Illinois and move the Court pursuant to the attached: **AGREED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD.**

                                              */s/ Martin P. Greene*
                                              Martin P. Greene

Martin P. Greene
Kevin T. Lee
GREENE AND LETTS
Attorneys for Defendant
111 W. Washington Street
Chicago, IL 60602
312/346-1100
X:\GEICO INSURANCE COMPANY\GISSENDANNER 0144-00001\Pleadings\06 16 08-NOM.wpd

**PROOF OF SERVICE**

The undersigned hereby certifies that the above mentioned documents were served on the above-mentioned parties on **June 16, 2008**:

(**X**)	by electronic notification

( )	by personal delivery

(**X**)	by placing a copy of same in an envelope properly addressed and stamped and placing an envelope in a U.S. Mail Box at 111 West Washington Street, Chicago, Illinois.

*/s/ Martin P. Greene*
Martin P. Greene

Martin P. Greene
Kevin T. Lee
GREENE AND LETTS
Attorneys for Defendant
111 West Washington Street
Suite 1650
Chicago, Illinois  60602
312/346-1100
X:\GEICO INSURANCE COMPANY\GISSENDANNER 0144-00001\Pleadings\06 16 08-NOM.wpd