IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **ULYSSES GISSENDANNER** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No: 07 CV 07105 |
| | ) | |
| **GEICO INSURANCE CO.** | ) | Judge Gettleman |
| | ) | |
| | ) | Magistrate Judge Keys |
| Defendant. | ) | |

### AGREED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD

NOW COMES the defendant, GEICO INSURANCE CO., by and through its attorneys, MARTIN P. GREENE, KEVIN T. LEE, RIANA N. SHIPPS, and JAMES SINGLETON of the law firm of GREENE AND LETTS, and moves this Honorable Court for the entry of an order extending the time for defendant to answer or otherwise plead to plaintiff's complaint.

1. On June 16, 2008, defendant filed an agreed motion to extend time to answer or otherwise plead, up to and including June 30, 2008.

2. The Court granted defendant's motion on June 19, 2008.

3. The lead attorney for defendant has been ill and needs additional time to confer with their client and obtain factual information for plaintiff's complaint. Therefore, defendant seeks an additional 21 days to answer or otherwise plead to the complaint, up to and including July 21, 2008.

4. Defense counsel has conferred with the counsel for plaintiff, who is in agreement with this motion.

5. This motion is made in the interest of justice and not for purposes of delay

and will not prejudice any party.

WHEREFORE, defendant, GEICO INSURANCE CO., by and through its attorneys, moves this Honorable Court for entry of an order extending the time to answer or otherwise plead in this matter to and including July 21, 2008.

Respectfully submitted,

GEICO INSURANCE CO.

By: */s/ Riana N. Shipps*
Riana N. Shipps

Martin P. Greene
Kevin T. Lee
James Singleton
Riana N. Shipps
GREENE AND LETTS
Attorneys for defendant
111 W. Washington Street
Suite 1650
Chicago, Illinois 60602
312/346-1100
X:\GEICO INSURANCE COMPANY\GISSENDANNER 0144-00001\Pleadings\06 26 08-Agreed Motion for extension of time to file answer.wpd

-2-