**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **ULYSSES GISSENDANNER** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| V. | ) | Case No: 07 CV 07105 |
| | ) | |
| **GEICO INSURANCE CO.** | ) | Judge Gettleman |
| | ) | |
| | ) | Magistrate Judge Keys |
|     **Defendant.** | ) | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

NOW COMES the defendant, GEICO INSURANCE CO., by and through its attorneys, MARTIN P. GREENE, KEVIN T. LEE, RIANA N. SHIPPS, and JAMES SINGLETON of the law firm of GREENE AND LETTS, and moves this Honorable Court for leave to withdraw the appearances on file for the law firm of GREENE AND LETTS. In support of which Defendant states as follows:

1. Defendant, GEICO INSURANCE CO., is going to have new representation by the law firm of Meckler, Bulger & Tilson.

2. Anna Wermuth of Meckler, Bulger & Tilson will be filing her appearance in the near future.

3. As a result, GREENE AND LETTS, would like to withdraw the appearances for Martin P. Greene, Kevin T. Lee, Riana N. Shipps, and James Singleton that are currently on file.

WHEREFORE, Defendant prays that this Honorable Court grant its motion for leave

to allow the withdraw of the appearances of Martin P. Greene, Kevin T. Lee, Riana N. Shipps, and James Singleton on behalf of GEICO INSURANCE CO. and for such other and further relief as this honorable court deems just and equitable.

                                      Respectfully submitted,

                                      GEICO INSURANCE CO.

                                      By:*/s/ Kevin T. Lee*
                                            Kevin T. Lee

Martin P. Greene
Kevin T. Lee
GREENE AND LETTS
Attorneys for Defendant
111 W. Washington Street
Chicago, IL 60602
312/346-1100
X:\GEICO INSURANCE COMPANY\GISSENDANNER 0144-00001\Pleadings\07 02 08-Motion to Withdraw.wpd