# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7105 | **DATE** | 7/11/2008 |
| **CASE TITLE** | Ulysses Gissendanner     vs    Geico Ins. Co. | | |

**DOCKET ENTRY TEXT:**

Defendant's motion [24] for leave to withdraw the appearances of Martin P. Greene, Kevin T. Lee, Riana N. Shipps and James Singleton is granted. Leave is given to Anna Wermuth to file her appearance as counsel for defendant.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|