U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                      Case Number: 07 C 7105
Ulysses Gissendanner, Plaintiff
           v.
Geico Insurance Co., Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Defendant, Geico Insurance Co.

| | |
|---|---|
| NAME (Type or print) Kristen A. Weisse | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)    s/ Kristen A. Weisse | |
| FIRM    Meckler Bulger & Tilson LLP | |
| STREET ADDRESS    123 North Wacker Drive, Suite 1800 | |
| CITY/STATE/ZIP    Chicago, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)    6278681 | TELEPHONE NUMBER    312/474-7900    312/474-7898 (Fax) |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐    NO ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ✓    NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.    RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |