

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME:  Kristen A. Weisse

FIRM:  Meckler Bulger Tilson Marick & Pearson LLP

STREET ADDRESS:  123 N. Wacker Drive, Suite 1800

CITY/STATE/ZIP:  Chicago, IL  60606

PHONE NUMBER:  312/474-7900     312/474-7898 (Fax)

E-MAIL ADDRESS:  kristen.weisse@mbtlaw.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS):  6278681

If you have previously filed an appearance with this Court using a different name, enter that name:  Meckler Bulger & Tilson LLP

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 07-cv-7105 | Gissendanner v. Geico | Gettleman |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

/s/ Kristen A. Weisse                               August 12, 2008
Attorney's Signature                                       Date