UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ULYSSES GISSENDANNER, | ) |
| Plaintiff, | ) ) ) |
| | ) Case No. 07-cv-7105 |
| v. | ) ) ) Judge Gettleman |
| GEICO INSURANCE CO., | ) Magistrate Judge Keys |
| | ) |
| Defendant. | ) |

## DEFENDANT'S RULE 26 INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(1) Defendant Government Employees Insurance Company ("GEICO") makes the following preliminary disclosures:

A. GEICO believes that the following individuals are likely to have discoverable information that GEICO may use to support its claims and/or defenses. With the exception of Plaintiff, the following individuals may be contacted only through the undersigned counsel:

| | | |
|---|---|---|
| 1. | Ulysses S. Gissendanner<br>Plaintiff | GEICO believes Plaintiff may have discoverable information relating to his employment; Plaintiff's job duties; Plaintiff's performance; Plaintiff's compensation; Plaintiff's FMLA leave; GEICO's time recording and compensation policies and practices; and Plaintiff's separation of employment from GEICO. |
| 2. | Paul Cook<br>Field Manager<br>GEICO | GEICO believes Mr. Cook may have discoverable information concerning Plaintiff's job duties; Plaintiff's performance; Plaintiff's compensation; Plaintiff's FMLA leave; GEICO's time recording and compensation policies and practices; and Plaintiff's separation of employment from GEICO. |

| 3. | Dennis Schlaffer<br>Auto Damage ("AD") Field Supervisor<br>GEICO | GEICO believes Mr. Schlaffer may have discoverable information concerning Plaintiff's job duties; Plaintiff's performance; Plaintiff's FMLA leave; Plaintiff's compensation; GEICO's time recording and compensation policies and practices; and Plaintiff's separation of employment from GEICO. |
|---|---|---|
| 4. | Tom Stoll<br>Senior Auto Field Adjuster<br>GEICO | GEICO believes Mr. Stoll may have discoverable information concerning Plaintiff's job duties and Plaintiff's performance. |
| 5. | Frank Cirillo<br>Auto Damage ("AD") Supervisor<br>GEICO | GEICO believes Mr. Cirillo may have discoverable information concerning Plaintiff's job duties and Plaintiff's performance. |
| 6. | Gary Musolf<br>Claims AVP<br>GEICO | GEICO believes Mr. Musolf may have discoverable information concerning Plaintiff's job duties; Plaintiff's performance; Plaintiff's FMLA leave; and Plaintiff's separation of employment from GEICO. |
| 7. | Sheila Joseph<br>Licensed Practical Nurse<br>GEICO | GEICO believes Ms. Joseph may have discoverable information concerning GEICO's FMLA policies, practices, and procedures, and Plaintiff's FMLA leave. |

B.  Categories of documents, data compilations and tangible things in GEICO's custody that it may use to support its claims and/or defenses include the following:

1. Plaintiff's personnel file;

2. GEICO's policies, practices, and procedures relating to, *inter alia*, employee conduct and performance, FMLA leave, retaliation, timekeeping, payroll, and compensation;

3. Documents pertaining to Plaintiff's FMLA leave of absence;

    4.    Documents pertaining to the hours Plaintiff worked; and

    5.    Documents pertaining to the pay Plaintiff received.

C.    To the extent available, GEICO will seek to recover the attorneys' fees it incurs in defending this case, which cannot be calculated at this time.

D.    GEICO has no insurance agreement under which any person carrying on an insurance business may be liable for part or all of a judgment in this case.

Dated: August 25, 2008

    Respectfully submitted,

    By:_____/s/ Kristen A. Weisse_____
         One of the attorneys for Defendant
         Government Employees Insurance Co.

Anneliese Wermuth
Kristen A. Weisse
MECKLER BULGER & TILSON LLP
123 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 474-7900
(312) 474-7898 (Fax)
M:\12834\discover\Rule26.Initial.Disclosures.client.doc

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on August 25, 2008, a copy of **Defendant's Rule 26 Initial Disclosures** was filed electronically with the Clerk of the Court using the CM/ECF system. The parties may access this filing through the Court's electronic filing system, and notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

>Deanne S. Medina
>DoranMedina, LLC
>2625 Butterfield Road, Suite 138S
>Oak Brook, IL 60523



>/s/Kristen A. Weisse
>Kristen A. Weisse

M:\12834\pleading\cos-ECF-KAW.doc